RECEIVED

JUN 1 6 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| GARY SCULLY<br>LA. DOC #245502 | CIVIL ACTION NO. 6:17-CV-551 |
| VS. | SECTION P |
| | JUDGE REBECCA F. DOHERTY |
| JASON KENT | MAGISTRATE JUDGE PATRICK HANNA |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the instant petition be **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the Motion to Petition in Abeyance [Rec. Doc. 3] is **DENIED.**

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this _15_ day of _June_, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE